Dismissed and Memorandum Opinion filed January 25, 2007








Dismissed
and Memorandum Opinion filed January 25, 2007.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-05-01266-CV

____________

 

HARRIS COUNTY APPRAISAL DISTRICT
AND THE APPRAISAL REVIEW BOARD OF HARRIS COUNTY APPRAISAL DISTRICT, Appellants

 

V.

 

CCH PARKHEARTERWOOD LTD., AS THE
PROPERTY OWNERS

AND THE PROPERTY OWNERS, Appellees

 



 

On Appeal from the 55th District
Court

Harris County, Texas

Trial Court Cause No. 04-47203

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed September 29, 2005.  On January 11, 2007,
appellants filed a motion to dismiss because appellants no longer desire to prosecute
the appeal. See Tex. R. App. P.
42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed January
25, 2007.

Panel consists of Justices Frost, Seymore, and Guzman.